## DUKE V. THE STATE.
(Decided May 20, 1913.)

APPEAL from Montgomery City Court.

Heard before Hon. ARMSTEAD BROWN.

No counsel marked for appellant. R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

THOMAS, J.—No bill of exceptions and no error of record. Affirmed.

## ELROD V. THE STATE.
(Decided May 13, 1913.)

APPEAL from Jefferson Criminal Court.

Heard before Hon. M. FRANK CAHALAN.

JULIUS DAVIDSON, for appellant. R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

PELHAM, J.—No bill of exceptions and no error in the record. Affirmed.

## EX PARTE DUNCAN.
(Decided April 17, 1913. Rehearing denied May 18, 1913.)

Original petition in Court of Appeals.

DENSON & DENSON, and EVINS & JACK, for appellant. MCKINLEY, MCQUEEN, HAWKINS & SNOW, and A. G. & E. D. SMITH, for appellee.

PELHAM, J.—Petition dismissed on authority of *Ex parte Dew*, 7 Ala. App. 437, 62 South. 261.

## EX PARTE HARRIS.
(Decided April 17, 1913. Rehearing denied May 18, 1913.)

Original petition in Court of Appeals.

DENSON & DENSON, and EVINS & JACK, for appellant. MCKINLEY, MCQUEEN, HAWKINS & SNOW, and A. G. & E. D. SMITH, for appellee.

THOMAS, J.—Petition dismissed on authority of *Ex parte Dew*, 7 Ala. App. 437, 62 South. 261.